UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM SHAW,<br><br>                 Petitioner,<br>v.<br><br>TIM GARRETT, *et al.*,<br><br>                 Respondents. | Case No. 3:23-cv-00063-MMD-CSD<br><br>ORDER |

On February 14, 2023, this Court issued an order instructing *pro se* Petitioner William Shaw to show cause why this action should not be dismissed as untimely, unexhausted and/or moot. (ECF No. 4.) The Court instructed Shaw to respond on or before March 31, 2023. Shaw has moved for an extension of that deadline because he "needs [30 additional days] due to logistical hurdles at the prison." (ECF No. 5.) The Court finds good cause to grant Shaw's motion.

It is therefore ordered that Petitioner William Shaw's motion for extension of time (ECF No. 5) is granted. Petitioner has up to and including May 1, 2023, to file his response to the order to show cause.

DATED THIS 22nd Day of February 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE