UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM SHAW,<br><br>　　　　　　　Petitioner,<br>　　v.<br>TIM GARRETT, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:23-cv-00063-MMD-CSD<br><br>ORDER |

On February 14, 2023, this Court issued an order instructing *pro se* Petitioner William Shaw to show cause why this action should not be dismissed as untimely, unexhausted and/or moot. (ECF No. 4.) Shaw responded and moved for a stay. (ECF Nos. 9, 10.) Given Shaw's responses to the Court's order to show cause, including especially Shaw's allegations regarding mootness which the Court is unable to verify on the current record, the Court ordered Respondents to respond to Shaw's response to the order to show cause. (ECF No. 11.) Respondents now move for a 30-day extension to file their response, explaining that they have not yet obtained the requisite documents from the NDOC for their response. (ECF No. 13.) The Court finds good cause to grant the extension motion.

It is therefore ordered that Respondents' motion for extension of time (ECF No. 13) is granted. Respondents have up to and including August 30, 2023 to file their response.

DATED THIS 2nd Day of August 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE